No. 996. W. T. DAY, PETITIONER, v. ATLANTIC COAST LINE RAILROAD COMPANY. April 24, 1911. ·Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Frederick S. Tyler* and *Mr. A. J. Montague* for the petitioner. *Mr. William B. McIlwaine* for the respondent.

No. 1001. MERRITT & CHAPMAN DERRICK & WRECK-ING COMPANY, PETITIONER, v. CORNELL STEAMBOAT COMPANY. April 24, 1911. Petition for a writ of ·certio-rari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. G. Philip Wardner* and *Mr. Eugene P. Carver* for the petitioner. *Mr. J. Parker Kirlin* for the respondent.

No. 1005, JOHN STIRLEN, PETITIONER, v. THE UNITED STATES. April 24, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Tracy L. Jeffords* for the petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the respond-ent.

No. 742. THE ALABAMA & GEORGIA MANUFACTURING COMPANY OF THE STATE OF ALABAMA, PETITIONER, v. THE WEST POINT MANUFACTURING COMPANY OF THE STATE OF ALABAMA ET AL. May 1, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John M. Thurston, Mr. R. B. Brown* and *Mr. C. A. Mountjoy* for